```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 15186
   MARYLIN J TYSON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-9586


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/17/06 and confirmed on 04/06/07.

   2.  The case was dismissed after confirmation, 12/14/2007.

   3.  The Debtor paid a total of $   4466.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
OPTION ONE MTGE            CURRENT MORTG            .00          .00             .00
OPTION ONE MTGE            MORTGAGE ARRE          62.27          .00           62.27
OPTION ONE MTGE            SECURED                  .00          .00             .00
OPTION ONE MTGE            MORTGAGE ARRE            .00          .00             .00
AMERICAN GENERAL FINANCE   SECURED               800.00          .00          230.43
CAMBRIA CONDOMINIUM ASSO   SECURED               929.93          .00          162.81
CITIFINANCIAL              SECURED              3500.00          .00         1008.17
GE MONEY BANK              SECURED               500.71          .00          500.71
TYCO                       SECURED               509.59          .00          146.81
B LINE LLC                 UNSECURED            1469.32          .00             .00
COMMERCIAL CHECK CONTROL   UNSECURED           NOT FILED         .00             .00
DEBT CREDIT SERVICES       UNSECURED           NOT FILED         .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           12585.67          .00             .00
NICOR GAS                  UNSECURED           NOT FILED         .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED            1481.71          .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED             908.34          .00             .00
WELLS FARGO FINANCIAL IN   UNSECURED            2554.70          .00             .00
WELLS FARGO FINANCIAL BA   UNSECURED            2317.11          .00             .00
HOWARD LEIBMAN DDS         UNSECURED           NOT FILED         .00             .00
AMERICAN GENERAL FINANCE   UNSECURED            4948.45          .00             .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
GE MONEY BANK              UNSECURED            5878.39          .00             .00
CITIFINANCIAL              UNSECURED            2442.58          .00             .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY      UNSECURED        OTHER          TOTAL

TOTAL CLMS ALLOWED  6302.50          .00       34586.27          .00       40888.77
```

```
PRINCIPAL PAID           2111.20           .00           .00           .00      2111.20
INTEREST PAID                .00           .00           .00           .00          .00
TOTAL PAID               2111.20           .00           .00           .00      2111.20
```
The Debtor's attorney, GLENDA J GRAY                    , was allowed $   2500.00
and was paid $    300.00  direct and $   2200.00  through the plan.

The Trustee received $    154.80 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

                                    PAGE   2
          CASE NO. 06 B 15186 MARYLIN J TYSON